ACCEPTED
01-15-00565-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/9/2015 10:12:36 AM
CHRISTOPHER PRINE
CLERK

NO. 1-15-00656-CV

IN THE COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/9/2015 10:12:36 AM
CHRISTOPHER A. PRINE
Clerk

HASSAN CHAHADEH,
*Appellant*,

v.

REGIONS BANK,
*Appellee*.

ON APPEAL FROM THE 80TH JUDICIAL DISTRICT COURT
HARRIS COUNTY, TEXAS

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

*To the Honorable Court of Appeals*:

Plaintiff and Appellant Hassan Chahadeh ("Appellant") files this unopposed motion for extension of time to file its Appellant's Brief, pursuant to Texas Rule of Appellate Procedure 10.5(b).

Appellant requests this extension of time because its appellate counsel needs additional time to prepare its Appellant's Brief. This is Appellant's first request for an extension of time. Appellant's Brief is currently due to be filed with this Court on October 30, 2015. Appellant requests a thirty-day extension of this

deadline, making its Appellant's Brief due on November 30, 2015. Counsel for Appellee Regions Bank is unopposed to this request.

WHEREFORE, Appellant Hassan Chahadeh requests a thirty-day extension of time to file its brief, making its Appellant's Brief due November 30, 2015.

Respectfully submitted,

**LISKOW & LEWIS**

By: /s/ Alma F. Gomez
  Wade T. Howard
  Texas State Bar No. 00787725
  Alma F. Gomez
  Texas State Bar No. 24069800
1001 Fannin, Suite 1800
Houston, Texas 77002
Telephone: (713) 651-2900
Telecopier: (713) 651-2908
Email: wthoward@liskow.com
Email: afgomez@liskow.com

**ATTORNEYS FOR DEFENDANT
HASSAN CHAHADEH**

**<u>CERTIFICATE OF CONFERENCE</u>**

Under Texas Rules of Appellate Procedure 10.1(a)(5), I certify that on October 9, 2015, I conferred with Andrew L. Kerr, counsel for Regions Bank, and he does not oppose the extension of time requested.

/s/ Alma F. Gomez
Alma F. Gomez

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Unopposed Motion for Extension of Time to File Appellant's Brief is being served on all attorneys of record for Appellee on this 9th day of October, 2015, by the method indicated below.

/s/ Alma F. Gomez
Alma F. Gomez

| | | |
|---|---|---|
| Andrew I. Kerr<br>Charles John Muller IV<br>Strasburger & Price, LLP<br>2301 Broadway Street<br>San Antonio, Texas 78215<br>andy.kerr@strasburger.com<br>john.muller@strasburger.com | Certified Mail – RRR<br><br>No.: | ☐ |
| | Private Delivery | ☐ |
| | Email | ☒ |
| Clifford Bowie Husted<br>Strasburger & Price, LLP<br>909 Fannin Street, Suite 2300<br>Houston, Texas 77010<br>bowie.husted@strasburger.com | Facsimile | ☐ |
| | Personal Delivery | ☐ |
| *Attorneys for Appellee Regions Bank* | | |

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Unopposed Motion for Extension of Time to File Appellant's Brief was produced on a computer using Microsoft Word and contains 125 words, as determined by the word-count feature of the word processing software, excluding the sections of the documented listed in Tex. R. App. 9.4(i)(1).

/s/ Alma F. Gomez
Alma F. Gomez

4323576v1_doc.